1  GRANT P. ALEXANDER
   grant.alexander@dlapiper.com
2  DLA PIPER LLP (US)
   1999 Avenue of the Stars, Suite 400
3  Los Angeles, CA  90067-6023
   Tel: 310.595.3000
4  Fax: 310.595.3300

5  Attorneys for Defendant
   SANOFI-AVENTIS U.S. LLC (erroneously sued as
6  "Sanofi-Aventis")

7

FILED
CLERK, U.S. DISTRICT COURT

SEP - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11  DAVID HOWARD,                    CASE NO.  2:11-cv-03036-PSG
                                     (FMOx)
12          Plaintiff,

13      v.                           , PROTECTIVE
                                     ORDER
14  SANOFI-AVENTIS and DOES 1
    through 50, inclusive,           [Filed Concurrently with Stipulation Re
15                                   Order]
            Defendants.
16                                   NOTE CHANGES MADE BY THE COURT

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
LOS ANGELES

EAST\45708168.1

-1-

[PROPOSED] PROTECTIVE ORDER

1        This Stipulated Protective Order of Plaintiff David Howard and Defendant

2    sanofi aventis U.S. LLC filed concurrently herewith is hereby approved.

3    **IT IS SO ORDERED.**

4

5    Dated: 9\1\11

6                                      Fernando M. Olguin
                                  Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
LOS ANGELES

EAST\45708168.1                                                    [PROPOSED] PROTECTIVE ORDER