1    GRANT P. ALEXANDER
     grant.alexander@dlapiper.com
2    DLA PIPER LLP (US)
     1999 Avenue of the Stars, Suite 400
3    Los Angeles, CA  90067-6023
     Tel:  310.595.3000
4    Fax:  310.595.3300

5    Attorneys for Defendant
     SANOFI-AVENTIS U.S. LLC (erroneously sued as
6    "Sanofi-Aventis")

7

**FILED**
CLERK, U.S. DISTRICT COURT

SEP - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

8                    UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11   DAVID HOWARD,                    CASE NO.  2:11-cv-03036-PSG
                                      (FMOx)
             Plaintiff,
12
                                      [PROPOSED] , **PROTECTIVE**
        v.                            **ORDER**
13
     SANOFI-AVENTIS and DOES 1        [Filed Concurrently with Stipulation Re
14   through 50, inclusive,           Order]

15           Defendants.
                                      NOTE CHANGES MADE BY THE COURT
16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
LOS ANGELES

                                    -1-

EAST\45708168.1                                    [PROPOSED] PROTECTIVE ORDER

1    This Stipulated Protective Order of Plaintiff David Howard and Defendant

2    sanofi aventis U.S. LLC filed concurrently herewith is hereby approved.

3    **IT IS SO ORDERED.**

4

5    Dated: 9\1\11

6                                                        Fernando M. Olguin
                                                         Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28